UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                              Case No. 22-30280
                                               Originating No. 15CR207

**VIKKI VANNABOUATHONG,**

    Defendant.
_____/

GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **VIKKI VANNABOUATHONG** to answer charges pending in another federal district, and states:

1. On **June 18, 2022**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Western District of New York based on an Indictment.  The defendant is charged in that district with violating 18 USC Sections 371 and 1505 –**

**Conspiracy to Defraud the United States and Obstruction of Departmental Proceedings and 26 USC Section 7206 – Aiding and Abetting in the Preparation and Presentation of False and Fraudulent Returns.**

    2.  Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

    WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    Dawn N. Ison
    United States Attorney


    *s/ Terrence Haugabook*
    TERRENCE HAUGABOOK
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: June 18, 2022